FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 26, 2023
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK



# [...]NSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:12CR20033-01-JPM |
| DOCKET NUMBER *(Rec. Court)* | 4:23-CR-22-KGB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Woods<br>49 County Road 383<br>Wynne, Arkansas 72396 | Western Tennessee | Memphis |
| | NAME OF SENTENCING JUDGE<br>Jon Phipps McCalla, Senior U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/02/2021 — TO 06/05/2024 |

OFFENSE
21 U.S.C. §§ 846 & 841 (a)(1)(C): Conspiracy to Manufacture Amphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Tennessee

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Arkansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Jan. 18, 2023
*Date*

Jon P. McCalla
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Arkansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 24, 2023
*Effective Date*

Kristine G. Baker
*United States District Judge*

SCRUGGS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 12-20033-JPM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| ROBERT WOODS, | ) | 21 U.S.C. § 841(a)(1)(C) |
| | ) | 21 U.S.C. § 841(c) |
| Defendant. | ) | 21 U.S.C. § 843(a)(6) |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

Beginning at a time unknown to the grand jury, but through at least on or about April 18, 2011, in the Western District of Tennessee, the defendant,

---------------------------------------------ROBERT WOODS---------------------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with other persons both known and unknown to the grand jury, to unlawfully, knowingly and intentionally manufacture a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance as classified by Title 21, United States Code § 812, in violation of 21 U.S.C. § 846 and 841(a)(1)(C);

[nmt 20 yrs, nmt $1,000,000 fine, or both, and nlt 3 yrs supervised release, and if previously convicted of a felony drug crime, nmt 30 yrs, nmt $2,000,000 fine, or both, and nmt 6 yrs supervised release, together with a mandatory special assessment of $100, see U.S.C. §3013(a)]

**COUNT 2**

On or about April 18, 2011, in the Western District of Tennessee, the defendant,

----------------------------------------------ROBERT WOODS----------------------------------------------

did unlawfully, knowingly and intentionally possess Ephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, with the intent to manufacture Methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, and knowing and having reasonable cause to believe that said listed chemical would be used to manufacture methamphetamine in a manner other than authorized by Title 21, United States Code, Section 801 through 904, in violation of Title 21, United States Code, Section 841(c).

[nmt 20 yrs, nmt $250,000 fine, or both, and nmt 3 yrs supervised release, together with a mandatory special assessment of $100, see U.S.C. §3013(a)]

**COUNT 3**

On or about April 18, 2011, in the Western District of Tennessee, the defendant,

---------------------------------------------**ROBERT WOODS**---------------------------------------------

did unlawfully, knowingly AND intentionally possess equipment, chemicals, products, and materials which may be used to manufacture METHAMPHETAMINE, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, knowing, intending, and having reasonable cause to believe that said equipment, chemicals, products and materials would be used to manufacture methamphetamine in violation of Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(a)(6).

[nmt 10 yrs, nmt $250,000 fine, or both, and nmt 3 yrs supervised release, and if previously convicted, nmt 20 yrs, nmt $250,000 fine, or both, and nmt 6 yrs supervise release, together with a mandatory special assessment of $100, see U.S.C. §3013(a)]

A TRUE BILL:

______________________________
FOREMAN

DATED:_______________________

______________________________
EDWARD L. STANTON, III
UNITED STATES ATTORNEY

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Tennessee

UNITED STATES OF AMERICA
v.
ROBERT WOODS

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 2:12CR20033-01-JPM

USM Number: 25154-076

Randolph W. Alden, AFD
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s) One (1) of the Indictment on 8/9/2012.

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 21 U.S.C. § 846 & 841(a)(1)(C) | Conspiracy to Manufacture Amphetamine | 4/18/2011 | 1 |
| | | | |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☑ Count(s) Two (2) and Three (3) ☐ is ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/6/2012
Date of Imposition of Judgment

s/Jon Phipps McCalla
Signature of Judge

Jon Phipps McCalla Chief U.S. District Judge
Name and Title of Judge

12/6/2012
Date

AO 245B (Rev. 09/11) Judgment in Criminal Case
Sheet 2 — Imprisonment



DEFENDANT: ROBERT WOODS
CASE NUMBER: 2:12CR20033-01-JPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

96 MONTHS to be served concurrently with case 09-06299 out of Shelby County Criminal Court, Memphis, TN.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. The defendant be allowed to participate in the 500-hour intensive drug rehabilitation treatment program.
2. The defendant be incarcerated at FCI Forrest City.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ a.m. ☐ p.m. on __________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on __________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

a __________ , with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ROBERT WOODS
CASE NUMBER: 2:12CR20033-01-JPM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

5 YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

5) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

6) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician, and shall submit to periodic urinalysis test as directed by the probation officer to determine the use of any controlled substance;

7) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, and shall submit to periodic urinalysis test as directed by the probation officer to determine the use of any controlled substance;

8) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

9) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

10) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

11) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

12) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13) if this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

DEFENDANT: ROBERT WOODS
CASE NUMBER: 2:12CR20033-01-JPM

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall submit to drug testing and drug treatment programs as directed by the Probation Officer.

2. The defendant shall submit to group therapy/mental health counseling for substance abuse addiction.

3. The defendant shall submit to medical treatment for methamphetamine addiction.

4. The defendant shall seek and maintain full-time employment.

5. The defendant shall file income tax returns while on supervision and shall disclose said returns to the Probation Officer.

DEFENDANT: ROBERT WOODS
CASE NUMBER: 2:12CR20033-01-JPM

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 (Due immediately) | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until ________ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Address | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

51AE

# U.S. District Court
# Western District of Tennessee (Memphis)
# CRIMINAL DOCKET FOR CASE #: 2:12-cr-20033-JPM All Defendants

Case title: USA v. Woods

Date Filed: 02/28/2012

Date Terminated: 12/06/2012

---

Assigned to: Judge Jon Phipps McCalla

**Defendant (1)**

**Robert Woods**
*TERMINATED: 12/06/2012*

represented by

**FPD**
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103
901-544-3895
Fax: 901-544-4355
Email: TNW.FPD@gmail.com
*TERMINATED: 03/28/2012*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Kafahni Nkrumah**
Tennessee Western District
Federal Public Defenders
200 Jefferson Ave
Ste. 200
Memphis, TN 38103
901-544-3895
Fax: 901-544-4355
Email: kafahni_nkrumah@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randolph W. Alden**
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103
901-544-3895
Email: tracey_haynes@fd.org
*TERMINATED: 12/04/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Unam Peter Oh**
FEDERAL PUBLIC DEFENDERS OFFICE
200 Jefferson
Suit 200
Memphis, TN 38103
901-544-3895
Fax: 901-544-4355
Email: peter_oh@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:846 and 841(a)(1)(C) CONSPIRACY TO MANUFACTURE CONTROLLED SUBSTANCE (1) | 96 months incarceration and 5 years supervised release. |
| 21:841(c) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Count 2 was dismissed on the Government's motion. |
| 21:843(a)(6) UNLAWFUL ACTS - CONTROLLED SUBSTANCE - MANUFACTURE (3) | Count 3 was dismissed on the Government's motion. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by

**Chris Scruggs**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main St.
Suite 800
Memphis, TN 38103
901-544-4231
Email: joe.murphy@usdoj.gov

*TERMINATED: 06/19/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Musselwhite**
DOJ-USAO
167 North Main Street
Suite 800
Memphis, TN 38103
901-302-7098
Email: jennifer.musselwhite@usdoj.gov
*TERMINATED: 01/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry R. Kitchen**
DOJ-USAO
109 S. Highland Ave
Suite 300
Jackson, TN 38301
731-422-6220
Email: vic.ivy@usdoj.gov
*TERMINATED: 07/29/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kasey Weiland - AUSA**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main Street
Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230
Email: beth.boswell@usdoj.gov
*TERMINATED: 10/26/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reagan Fondren**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main St.
Suite 800
Memphis, TN 38103
901-969-2920
Fax: 202-307-8231
Email: Reagan.Fondren@usdoj.gov
*TERMINATED: 10/26/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Karla Cornejo**
DOJ-USAO
167 North Main Street
Suite 800

Memphis, TN 38103
901-969-0303
Email: wendy.cornejo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email Attorneys, Primary Addresses

Email Attorneys, Primary and Secondary Addresses

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2012 | 1 | INDICTMENT as to Robert Woods (1) count(s) 1, 2, 3. (cas) (Entered: 02/29/2012) |
| 02/28/2012 | 2 | Redacted Indictment as to Robert Woods. (cas) (Entered: 02/29/2012) |
| 02/28/2012 | 3 | INDICTMENT (PENALTY COPY) as to Robert Woods. (cas) (Entered: 02/29/2012) |
| 03/01/2012 | 5 | Application for Writ of Habeas Corpus ad Prosequendum as to Robert Woods to appear before the Honorable U.S. Magistrate Judge Tu M. Pham, on March 13, 2012, at 2:00 p.m., for an Initial Appearance and for such other appearances as this Court may direct. (Pham, Tu) (Entered: 03/01/2012) |
| 03/16/2012 | 6 | Application, Order and Writ of Habeas Corpus ad Prosequendum Issued as to Robert Woods for 3/27/2012 at 2:00 PM to appear for Initial Appearance before Magistrate Judge Charmiane G. Claxton. (Claxton, Charmiane) (Entered: 03/16/2012) |
| 03/27/2012 | 7 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton:Initial Appearance on Indictment as to Robert Woods held on 3/27/2012. The Court read the charges to the defendant and advised him of his rights. Defendants request for Court appointed granted. Defendant sworn and questioned regarding his financial status. Financial Affidavit signed and executed. FPD appointed. Government seeks detention. Detention Hearing set for 3/30/2012 02:45 PM in Courtroom 6 - Memphis before Magistrate Judge Tu M. Pham. Order of Temporary Detention entered. Defendant remanded to the custody of the USM. (AUSA: E. Everitt. FPD present.) (Tape #FTR CR6) (cas) (Entered: 03/27/2012) |
| 03/27/2012 | 8 | Arrest Warrant Returned Executed on 3/27/2012 as to Robert Woods. (cas) (Entered: 03/27/2012) |
| 03/27/2012 | 9 | CJA 23 Financial Affidavit by Robert Woods (cas) (Entered: 03/27/2012) |
| 03/27/2012 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robert Woods. Signed by Magistrate Judge Charmiane G. Claxton on 3/27/2012. (Claxton, Charmiane) (Entered: 03/27/2012) |
| 03/27/2012 | 11 | ORDER OF TEMPORARY DETENTION as to Robert Woods. Detention Hearing set for 3/30/2012 02:45 PM in Courtroom 6 - Memphis before Magistrate Judge Tu M. Pham. Signed by Magistrate Judge Charmiane G. Claxton on 3/27/2012. (Claxton, Charmiane) (Entered: 03/27/2012) |
| 03/28/2012 | 12 | NOTICE OF ATTORNEY APPEARANCE: Randolph W. Alden appearing for Robert Woods (Alden, Randolph) (Entered: 03/28/2012) |
| 03/30/2012 | 13 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham as to Robert Woods: Detention Hearing as to Robert Woods was held on 3/30/2012. Defendant waived the detention hearing and consented to detention. Order of Detention Pending Trial Entered. Arraignment set for Wednesday, April 4, 2012 at 10:00 AM in Courtroom 6 - Memphis before Magistrate Judge Tu M. Pham. Defendant remanded to the custody |

| | | |
|---|---|---|
| | | of the USM. (AUSA: Erin Everitt) (Defense Counsel: V. Darker present on behalf of the Federal Defender's Office) (Tape #FTR.) (smm) (Entered: 03/30/2012) |
| 03/30/2012 | 14 | ORDER OF DETENTION PENDING TRIAL as to Robert Woods. Arraignment set for Wednesday, April 4, 2012 at 10:00 AM in Courtroom 6 - Memphis before Magistrate Judge Tu M. Pham. Signed by Magistrate Judge Tu M. Pham on 03/30/2012. (Pham, Tu) (Entered: 03/30/2012) |
| 04/04/2012 | 15 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham as to Robert Woods: Arraignment as to Robert Woods (1) Count 1,2,3 was held on 4/4/2012. Defendant was arraigned. Defendant waived formal reading of the charges and entered a plea of NOT GUILTY on all counts. Trial Date and Report Date to be Set and Noticed by the District Court. Defendant remanded to the custody of the USM. (AUSA: Justin Bailey) (Defense Counsel: Randy Alden present on behalf of the Federal Defender's Office) (Tape #FTR.) (smm) (Entered: 04/04/2012) |
| 04/04/2012 | 16 | SETTING LETTER as to Robert Woods. Report Date set for 4/20/2012 09:15 AM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: 04/04/2012) |
| 04/05/2012 | 17 | Rule 16 Discovery Request/Response by Robert Woods (Alden, Randolph) (Entered: 04/05/2012) |
| 04/16/2012 | 18 | Rule 16 Discovery Request/Response by USA as to Robert Woods (Scruggs, Chris) (Entered: 04/16/2012) |
| 04/20/2012 | 19 | Minute Entry for proceedings held before Chief Judge Jon Phipps McCalla: Report Date as to Robert Woods held on 4/20/2012. Defendant in custody and present in court. Discovery has been received by the Defense. Any pretrial motions to be filed by 5/21/2012. If this case proceeds to trial, it is anticipated to last 3-4 days. The Government has 1 out-of-town witness. Report Date reset for 6/21/2012 at 11:15 AM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla with a trial set during the July 2012 criminal rotation calendar. Time excluded from 4/30/2012 until 7/13/2012 as to Robert Woods. Defendant remanded to the custody of the USM. (AUSA: Chris Scruggs) (Defense: Edwin Perry for Randy Alden) (Court Reporter: Brenda Parker) (jpw) (Entered: 04/25/2012) |
| 06/11/2012 | 20 | MOTION to Continue *Report Date w/proposed order submitted* by Robert Woods. (Alden, Randolph) (Entered: 06/11/2012) |
| 06/11/2012 | 21 | ORDER denying 20 Motion to Continue as to Robert Woods (1). Parties are ordered to report to the Court as scheduled on 6/21/2012 at 11:15 AM. [TEXT ORDER - NO IMAGE ASSOCIATED]. Signed by Chief Judge Jon Phipps McCalla on 6/11/2012. (McCalla, Jon) (Entered: 06/11/2012) |
| 06/12/2012 | 22 | SETTING LETTER as to Robert Woods. Report Date ADVANCED to 6/13/2012 at 2:30 PM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: 06/12/2012) |
| 06/13/2012 | 23 | Minute Entry for proceedings held before Chief Judge Jon Phipps McCalla: Report Date as to Robert Woods held on 6/13/2012. Defendant in custody and present in court. Change of Plea Hearing set for 8/9/2012 at 11:30 AM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. Time excluded from 7/13/2012 until 8/9/2012 as to Robert Woods. Defendant remanded to the custody of the USM. (AUSA: Chris Scruggs) (Defense: Randy Alden)(Court Reporter: Brenda Parker) (jpw) (Entered: 06/13/2012) |
| 08/09/2012 | 24 | SETTING LETTER as to Robert Woods. Sentencing set for 11/14/2012 03:30 PM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: |

| | | |
|---|---|---|
| | | 08/09/2012) |
| 08/09/2012 | 25 | Minute Entry for proceedings held before Chief Judge Jon Phipps McCalla: Change of Plea Hearing as to Robert Woods held on 8/9/2012. Defendant in custody and present in court. Defendant sworn. Written Plea Agreement filed in open court. Guilty Plea entered by Robert Woods (1) as to Count 1. Plea collquy/basis in fact by the Government. Guilty plea accepted. Sentencing set for 11/14/2012 at 3:30 PM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. Defendant remanded to the custody of the USM. (AUSA: Chris Scruggs) (Defense: Randy Alden) (Court Reporter: Brenda Parker) (jpw) (Entered: 08/09/2012) |
| 08/09/2012 | 26 | ORDER ON CHANGE OF PLEA as to Robert Woods. Signed by Chief Judge Jon Phipps McCalla on 8/9/2012. (McCalla, Jon) (Entered: 08/09/2012) |
| 08/09/2012 | 27 | PLEA AGREEMENT as to Robert Woods (jpw) (Entered: 08/09/2012) |
| 10/30/2012 | 28 | MOTION to Continue *Sentencing Hearing w/proposed order submitted* by Robert Woods. (Alden, Randolph) (Entered: 10/30/2012) |
| 10/31/2012 | 29 | ORDER granting 28 Motion to Continue as to Robert Woods (1). Sentencing reset to 11/20/2012 at 2:00 PM. Signed by Chief Judge Jon Phipps McCalla on 10/31/2012. (McCalla, Jon) (Entered: 10/31/2012) |
| 10/31/2012 | 30 | SETTING LETTER as to Robert Woods. Sentencing reset for 11/20/2012 02:00 PM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: 10/31/2012) |
| 11/02/2012 | 31 | POSITION REGARDING PRESENTENCE REPORT by USA as to Robert Woods . (Scruggs, Chris) (Entered: 11/02/2012) |
| 11/07/2012 | 32 | Sealed Document as to Robert Woods. (Alden, Randolph) (Entered: 11/07/2012) |
| 11/13/2012 | 33 | SETTING LETTER as to Robert Woods. Sentencing ADVANCED to 11/19/2012 at 3:30 PM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: 11/13/2012) |
| 11/15/2012 | 34 | SETTING LETTER as to Robert Woods. Sentencing reset for 12/3/2012 10:00 AM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: 11/15/2012) |
| 11/30/2012 | 35 | SETTING LETTER as to Robert Woods. Sentencing reset for 12/6/2012 09:00 AM in Courtroom 1 - Memphis before Chief Judge Jon Phipps McCalla. (jpw) (Entered: 11/30/2012) |
| 12/06/2012 | 36 | Minute Entry for proceedings held before Chief Judge Jon Phipps McCalla: Sentencing held on 12/6/2012 for Robert Woods (1). Defendant in custody and present in court. Defendant heretofore entered a plea of guilty as to Count 1 on 8/9/2012. Defendant sentenced to 96 months incarceration and 5 years supervised release as to Count 1. Standard/Mandatory conditions of release. Additional conditions: drug testing & treatment; support group therapy/mental health counseling and treatment; medical treatment for methamphetamine addiction; seek & maintain full-time employment; DNA collection; file income tax returns and disclose to Probation. Special Assessment: $100.00. The Court recommends to the BOP: incarceration at FCI Forrest City; and the 500-hour intensive drug rehabilitation treatment program. Counts 2 and 3 were dismissed on the Government's motion. Defendant remanded to the custody of the USM. Defendant advised of appellate right and handed appeal packet. (AUSA: Chris Scruggs) (Defense: Randy Alden) (Court Reporter: Brenda Parker) (jpw) (Entered: 12/06/2012) |

| | | |
|---|---|---|
| 12/06/2012 | 37 | JUDGMENT as to Robert Woods (1). Defendant sentenced to 96 months incarceration and 5 years supervised release as to Count 1. Standard/Mandatory conditions of release. Additional conditions: drug testing & treatment; support group therapy/mental health counseling and treatment; medical treatment for methamphetamine addiction; seek & maintain full-time employment; DNA collection; file income tax returns and disclose to Probation. Special Assessment: $100.00. The Court recommends to the BOP: incarceration at FCI Forrest City; and the 500-hour intensive drug rehabilitation treatment program. Counts 2 and 3 were dismissed on the Government's motion. Defendant remanded to the custody of the USM. Signed by Chief Judge Jon Phipps McCalla on 12/6/2012. (McCalla, Jon) (Entered: 12/06/2012) |
| 12/06/2012 | 38 | REDACTED JUDGMENT as to Robert Woods (1). Defendant sentenced to 96 months incarceration and 5 years supervised release as to Count 1. Standard/Mandatory conditions of release. Additional conditions: drug testing & treatment; support group therapy/mental health counseling and treatment; medical treatment for methamphetamine addiction; seek & maintain full-time employment; DNA collection; file income tax returns and disclose to Probation. Special Assessment: $100.00. The Court recommends to the BOP: incarceration at FCI Forrest City; and the 500-hour intensive drug rehabilitation treatment program. Counts 2 and 3 were dismissed on the Government's motion. Defendant remanded to the custody of the USM. Signed by Chief Judge Jon Phipps McCalla on 12/6/2012. (McCalla, Jon) (Entered: 12/06/2012) |
| 03/14/2013 | 39 | Letter from Robert Woods requesting a copy of plea agreement and trnscript..inform defendant that he would need to wrote the Court Reporter Brenda Parker about the transcript..mailed a copy of plea agreement (ac) (Entered: 03/15/2013) |
| 07/09/2013 | 40 | Pro Se MOTION for Nunc Pro Tunc Judgment by Robert Woods. (agj) (Entered: 07/10/2013) |
| 10/02/2013 | 41 | PRO SE Request for docket sheet and status of motion for Nunc Pro Tunc Judgment by Robert Woods (clerk's office mailed docket sheet this date) (jae) (Entered: 10/02/2013) |
| 11/22/2013 | 42 | Letter from Robert Woods requesting status on motion filed july 9, 2013. (jae) (Entered: 11/22/2013) |
| 01/02/2014 | 43 | MOTION Requesting Copy of Sentencing Transcripts by Robert Woods. (Attachments: # 1 Envelope)(csf) (Entered: 01/03/2014) |
| 01/02/2014 | 44 | MOTION Application to Proceed Without Prepayment of Fees and Affidavit by Robert Woods. (Attachments: # 1 Inmate Account Statement)(csf) (Entered: 01/03/2014) |
| 03/28/2014 | 45 | Letter from Robert Woods as to status of motions. Copy of docket sheet mailed to defendant. (csf) (Entered: 03/28/2014) |
| 05/13/2014 | 46 | Letter from Robert Woods requesting appointment of counsel. (Attachments: # 1 Envelope) (csf) (Entered: 05/15/2014) |
| 06/19/2014 | 47 | MOTION to Substitute Attorney by USA as to Robert Woods. (Kitchen, Jerry) (Entered: 06/19/2014) |
| 06/19/2014 | 48 | ORDER granting 47 Motion to Substitute Asst. U.S. Attorney (1). [TEXT ORDER - NO IMAGE ATTACHED]. Signed by Judge Jon Phipps McCalla on 6/19/2014. (McCalla, Jon) (Entered: 06/19/2014) |
| 07/25/2014 | 49 | MOTION to Substitute Attorney by USA as to Robert Woods. (Taylor, Reagan) (Entered: 07/25/2014) |
| 07/29/2014 | 50 | ORDER Granting 49 Motion to Substitute Attorney as to Robert Woods (1)signed by Judge Jon Phipps McCalla on 07/29/14. Reagan M. Taylor is substituted as Lead |

| | | |
|---|---|---|
| | | Counsel for Plaintiff, and that Jerry R. Kitchen, be removed from the servicing in this matter. (Jon P. McCalla) (Entered: 07/29/2014) |
| 08/28/2014 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT, sentencing transcript as to Robert Woods, held on 12-06-2012, before Judge Jon Phipps McCalla. Court Reporter Brenda Parker, Telephone number 901-526-8769. Tape Number: N/A.<br><br>Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.<br><br>Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 9/2/2014. Redaction Request due 9/18/2014. Release of Transcript Restriction set for 11/26/2014. (Parker, Brenda) (Entered: 08/28/2014) |
| 10/22/2014 | 52 | Letter from Robert Woods concerning two point reduction. (jld) (Entered: 10/23/2014) |
| 11/07/2014 | 53 | MOTION to Reduce Sentence - USSC Amendment by Robert Woods. (Attachments: # 1 Certificates of Achievements, # 2 Envelope)(csf) (Entered: 11/07/2014) |
| 11/17/2014 | 54 | TRANSCRIPT RELEASE NOTICE:<br><br>By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence.<br><br>Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 51 : Release Date: 11/26/2014. (smm) (Entered: 11/17/2014) |
| 11/19/2014 | 55 | Letter requesting copies from Robert Woods. (jld) (Entered: 11/20/2014) |
| 12/03/2014 | 56 | NOTICE OF ATTORNEY APPEARANCE: Unam Peter Oh appearing for Robert Woods (Oh, Unam) (Entered: 12/03/2014) |
| 03/23/2015 | 57 | NOTICE OF ATTORNEY APPEARANCE Kasey Weiland appearing for USA. (Weiland, Kasey) (Entered: 03/23/2015) |
| 05/12/2015 | 58 | RESPONSE in Opposition by USA as to Robert Woods re 53 MOTION to Reduce Sentence - USSC Amendment (Weiland, Kasey) (Entered: 05/12/2015) |
| 12/30/2015 | 59 | ORDER denying 53 Motion to Reduce Sentence - USSC Amendment as to Robert Woods (1). Signed by Judge Jon Phipps McCalla on 12/30/2015. (McCalla, Jon) |

| | | |
|---|---|---|
| | | (Entered: 01/20/2016) |
| 09/08/2020 | 60 | PROB 12A ORDER as to Robert Woods. No additional action taken at this time. Signed by Judge Jon Phipps McCalla on 9/8/2020. (McCalla, Jon) (Entered: 09/08/2020) |
| 10/16/2020 | 61 | PROB 12C ORDER as to Robert Woods to grant an exception without a hearing. Signed by Judge Jon Phipps McCalla on 10/16/2020. (McCalla, Jon) (Entered: 10/16/2020) |
| 10/26/2020 | 62 | NOTICE OF ATTORNEY APPEARANCE Wendy Karla Cornejo appearing for USA. (Cornejo, Wendy) (Entered: 10/26/2020) |
| 10/26/2020 | 63 | MOTION to Substitute Attorney by USA as to Robert Woods. (Cornejo, Wendy) (Entered: 10/26/2020) |
| 10/26/2020 | 64 | ORDER granting 63 United States' Motion to Substitute Attorney as to Robert Woods (1). The motion is GRANTED and Wendy K. Cornejo is substituted for Assistant United States Attorneys Kasey Weiland and Regan Fondren as lead counsel for the United States in this action and further, that Kasey Weiland and Reagan Fondren, be removed from the case. Signed by Judge Jon Phipps McCalla on 10/26/2020. (McCalla, Jon) (Entered: 10/26/2020) |
| 01/22/2021 | 68 | NOTICE OF ATTORNEY APPEARANCE Jennifer Musselwhite appearing for USA. (Musselwhite, Jennifer) (Entered: 01/22/2021) |
| 01/22/2021 | 69 | MOTION to Substitute Attorney *proposed order submitted* by USA as to Robert Woods. (Musselwhite, Jennifer) (Entered: 01/22/2021) |
| 01/22/2021 | 70 | MOTION to Withdraw as Attorney *proposed order submitted* by Jennifer Musselwhite. by USA as to Robert Woods. (Musselwhite, Jennifer) (Entered: 01/22/2021) |
| 01/22/2021 | 71 | ORDER granting 70 United States' Motion to Withdraw as Attorney. Jennifer Musselwhite is hereby withdrawn from case. as to Robert Woods (1). Signed by Judge Jon Phipps McCalla on 1/22/2021. (McCalla, Jon) (Entered: 01/22/2021) |
| 01/22/2021 | 73 | Arrest Warrant Returned Executed on 1/22/2021 as to Robert Woods. (tlh) (Entered: 01/25/2021) |
| 01/22/2021 | 74 | Minute Entry for proceedings held before Chief Magistrate Judge Tu M. Pham: Initial Appearance re Supervised Release Violation as to Robert Woods (1) held on 1/22/2021. The Court read the charges to the defendant and advised him of his rights. Defendant's request for court appointed counsel is granted. Defendant sworn and questioned regarding his financial status. The court declared the defendant indigent and appointed the FPD. Government agreed to bond. BRA explained and signed. Bond set ROR. Order setting conditions of release entered. This matter is held to the District Judge for final revocation hearing. (AUSA: E. Rogers)(Defense Counsel: M.C. Jermann-Robinson, for FPD)(PO: T. Smith)(Tape #FTR/Zoom)(Per ADMIN. ORDER 2021-01) (tlh) (Entered: 01/25/2021) |
| 01/22/2021 | 75 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robert Woods. Signed by Chief Magistrate Judge Tu M. Pham on 1/22/2021. (Pham, Tu) (Entered: 01/25/2021) |
| 01/22/2021 | 77 | ORDER Setting Conditions of Release as to Robert Woods (1); ROR bond. Signed by Chief Magistrate Judge Tu M. Pham on 1/22/2021. (Pham, Tu) (Entered: 01/25/2021) |
| 01/25/2021 | 72 | NOTICE OF ATTORNEY APPEARANCE: Kafahni Nkrumah appearing for Robert Woods (Nkrumah, Kafahni) (Entered: 01/25/2021) |
| 01/27/2021 | 78 | SETTING LETTER as to Robert Woods: Supervised Release Violation hearing is set for Wednesday, 3/24/2021 at 2:00 PM in Courtroom 3 - Memphis before Judge Jon Phipps |

| | | |
|---|---|---|
| | | McCalla. (jrs) (Entered: 01/27/2021) |
| 03/09/2021 | 82 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton: Initial Appearance on Supervised Release Violation as to Robert Woods held on 3/9/2021. Defendant consents to the hearing being held via video. The Court read the charges to the defendant and advised him of his rights. Defendant previously appointed FPD. Government seeks revocation of bond. Bond Revocation Hearing set for 3/11/2021 at 4:00 PM before Magistrate Judge Annie T. Christoff. The hearing will be held via Microsoft Teams. Order of Temporary Detention entered. Defendant remanded to the custody of the USM. (AUSA: S. Smith. Defense Counsel: R. Thomas for FPD.) (Tape #Teams) (cas) (Entered: 03/10/2021) |
| 03/09/2021 | 83 | ORDER RE: CRIMINAL RULE 5(f) as to Robert Woods. Pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Charmiane G. Claxton on 3/9/2021. (Claxton, Charmiane) (Entered: 03/10/2021) |
| 03/09/2021 | 84 | ORDER OF TEMPORARY DETENTION as to Robert Woods. Bond Revocation/Detention Hearing set for 3/11/2021 at 4:00 PM before Magistrate Judge Annie T. Christoff. Signed by Magistrate Judge Charmiane G. Claxton on 3/9/2021. (Claxton, Charmiane) (Entered: 03/10/2021) |
| 03/11/2021 | 85 | Arrest Warrant Returned Executed on 3/9/2021 as to Robert Woods. (btg) (Entered: 03/11/2021) |
| 03/11/2021 | 86 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: Bond Revocation Hearing as to Robert Woods held on 3/11/2021. Wendy Cornejo appeared for the Government. Kafahni Nkrumah appeared for the Defense. Defendant in custody and consented to appear via video. Government's proof/sworn witnesses:John Martin, USPO. Defendant'sproof/sworn witnesses: Robert Woods, Defendant. At the conclusion of the hearing, the court granted the Government's motion and ordered the defendant's bond revoked and ordered the defendant detained pending trial. Order Revoking Entered. Order of Detention Pending Trial entered. Defendant remanded to the custody of USM. (Court Reporter FTR.) (vup) (Entered: 03/11/2021) |
| 03/11/2021 | 87 | ORDER REVOKING BOND as to Robert Woods. Signed by Magistrate Judge Annie T. Christoff on 03/11/2021. (Christoff, Annie) (Entered: 03/11/2021) |
| 03/11/2021 | 88 | ORDER OF DETENTION PENDING TRIAL as to Robert Woods. Signed by Magistrate Judge Annie T. Christoff on 03/11/2021. (Christoff, Annie) (Entered: 03/11/2021) |
| 03/23/2021 | 90 | NOTICE as to Robert Woods: The Supervised Release Violation hearing set for Wednesday, 3/24/2021 at 2:00 PM in Courtroom 3 - Memphis before Judge Jon Phipps McCalla is RESET to a DATE AND TIME TO BE DETERMINED. (jrs) (Entered: 03/23/2021) |
| 03/26/2021 | 91 | SETTING LETTER as to Robert Woods: The Supervised Release Violation hearing is RESET to Thursday, 4/22/2021 at 10:45 AM before Judge Jon Phipps McCalla. The hearing will proceed by Zoom video conferencing. Zoom invitations will be sent by email in advance of the hearing. (jrs) (Entered: 03/26/2021) |
| 04/22/2021 | 92 | Minute Entry for proceedings held before Judge Jon Phipps McCalla: Supervised Release Violation hearing as to Robert Woods held by Zoom video conferencing on |

| | | |
|---|---|---|
| | | 4/22/2021. Wendy appeared for the Government. Kafahni Nkrumah appeared for the Defendant. Ian Mills appeared for USPO. The defendant, in WTDF custody, appeared by Zoom video conferencing. Parties confirmed consent to proceed by Zoom video conferencing. Parties advise there as an agreed deposition for the Courts consideration. Defendant sworn and advised as to supervised release violations. The Court accepted the defendants guilty plea as to violations 2, 3, 4, and 5. The Court granted governments motion to dismiss violation 1. Term of Supervised Release is REVOKVED with a Term of Imprisonment of SIX (6) MONTHS. Supervised Release is re-imposed with the same expiration of 06/05/2024. All previously imposed conditions are re-imposed with the following additional conditions: The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. 2) The defendant shall participate and complete a long-term (of no less than six months) residential substance abuse program. Court recommends to the BOP the defendant be housed as close to Memphis, TN as possible with the preference of being at the camp in Millington or FCI Forrest City. Defendant advised as to appeal rights and an appeal packet was emailed to the defendant and defendants counsel. The Defendant was remanded to the custody of the USM. (Court Reporter: Tina Gibson) (jam) (Entered: 04/22/2021) |
| 04/22/2021 | 93 | JUDGMENT AND COMMITMENT ORDER ON SUPERVISED RELEASE VIOLATION as to Robert Woods: Defendant's term of Supervised Release is REVOKVED with a Term of Imprisonment of SIX (6) MONTHS. Supervised Release is re-imposed with the same expiration of 06/05/2024. All previously imposed conditions are re-imposed with the following additional conditions: The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. 2) The defendant shall participate and complete a long-term (of no less than six months) residential substance abuse program. Court recommends to the BOP the defendant be housed as close to Memphis, TN as possible with the preference of being at the camp in Millington or FCI Forrest City. The Defendant was remanded to the custody of the USM. Signed by Judge Jon Phipps McCalla on 04/22/21. (McCalla, Jon) (Entered: 04/22/2021) |
| 04/22/2021 | 94 | REDACTED JUDGMENT AND COMMITMENT ORDER ON SUPERVISED RELEASE VIOLATION as to Robert Woods: Defendant's term of Supervised Release is REVOKVED with a Term of Imprisonment of SIX (6) MONTHS. Supervised Release is re-imposed with the same expiration of 06/05/2024. All previously imposed conditions are re-imposed with the following additional conditions: The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the |

| | | |
|---|---|---|
| | | premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. 2) The defendant shall participate and complete a long-term (of no less than six months) residential substance abuse program. Court recommends to the BOP the defendant be housed as close to Memphis, TN as possible with the preference of being at the camp in Millington or FCI Forrest City. The Defendant was remanded to the custody of the USM. Signed by Judge Jon Phipps McCalla on 04/22/21. (McCalla, Jon) (Entered: 04/22/2021) |
| 12/14/2022 | 95 | PROBATION 12A ORDER as to Robert Woods. No additional action is taken at this time. Signed by Judge Jon Phipps McCalla on 12/14/2022. (jrs) (Entered: 12/14/2022) |
| 01/26/2023 | 96 | Probation Jurisdiction Transferred to Eastern District of Arkansas as to Robert Woods Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet via Interdistrict email. (jae) (Entered: 01/26/2023) |