AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

United States of America

v.

Robert Woods

*Defendant*

**Case No.** 4:23CR00022-01 KGB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Robert Woods,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release,** as further explained in the attached documents.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 22 2023
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

Date: August 10, 2023

[signature]
*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/10/2023, and the person was arrested on *(date)* 8/17/2023
at *(city and state)* Cross County, AR.

Date: 8/17/2023

[signature]
*Arresting officer's signature*

C. Young
*Printed name and title*